| | |
|---|---|
| 1 | STAN S. MALLISON (SBN 184191) |
| |   StanM@TheMMLawFirm.com |
| 2 | HECTOR R. MARTINEZ (SBN 206336) |
| |   HectorM@TheMMLawFirm.com |
| 3 | GONZALO QUEZADA (SBN 338386) |
| |   GQuezada@TheMMLawFirm.com |
| 4 | MALLISON & MARTINEZ |
| | 1939 Harrison Street, Suite 730 |
| 5 | Oakland, California 94612-3547 |
| | Telephone: (510) 832-9999 |
| 6 | Facsimile: (510) 832-1101 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GELACIO LOPEZ and PATRICIA LIRA, individually and acting in the interest of other current and former employees, | Case No. 5:22-cv-02642-PCP |
| Plaintiff, | [~~PROPOSED~~] **ORDER APPROVING BELAIRE NOTICE AND PROTECTIVE ORDER** |
| vs. | |
| GEMA BERRY FARMS, INC., a California Corporation; IVAN LOPEZ, an individual; and DOES 1 through 20, inclusive | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court, having read and considered the Parties Joint Statement regarding the Discovery Dispute, hereby ORDERS AS FOLLOWS:

1. The Belaire Notice attached hereto as **Exhibit A** is APPROVED.

2. The Protective Order ~~attached hereto as **Exhibit B** is GRANTED.~~ will be modified by the Court and posted separately on the docket.

**IT IS SO ORDERED.**

Dated: July 9, 2024

_____
Honorable Susan van Keulen
United States Magistrate Judge