UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELACIO LOPEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GEMA BERRY FARMS, INC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02642-PCP   (SVK)<br><br>**ORDER ON JOINT STATEMENT REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 37 |

　　　　The Court held a hearing on October 1, 2024 on the Parties' Joint Statement Regarding Discovery Dispute. Dkt. 37. For the reasons stated on the record, the Court **ORDERS** as follows:

1. Defense counsel confirmed that additional timekeeping and payroll records that are responsive to Plaintiffs' requests for production exist but have not yet been produced. The timekeeping and payroll records requested by Plaintiffs are relevant and proportional to the needs of the case, and therefore Defendants must produce them by **October 15, 2024.**

2. Any supplemental responses by Defendants to Plaintiffs' requests for production are due **October 15, 2024.**

3. In light of Defendants' financial constraints, Plaintiffs' requests to compel the production of "policies" regarding timekeeping and payroll records are **DENIED WITHOUT PREJUDICE** to Plaintiffs' ability to seek such documents in the future if necessary. The timekeeping and payroll records themselves must be produced pursuant to paragraph 1 of this order, but Defendants are not required at this time to produce "policies" regarding those records.

4. Defendants must provide the class contact information requested by Plaintiffs to the third party administrator by **October 29, 2024**. Upon Plaintiffs' review of the

documents produced pursuant to paragraph 1 of this order, Plaintiffs shall promptly inform Defendants if the class contact information is no longer necessary.

**SO ORDERED.**

Dated: October 1, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge